UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 2:16-CV-14262-ROSENBERG/LYNCH

PATRICIA KENNEDY,

        Plaintiff,

v.

STUART CENTRE INVESTORS, LLC.,

        Defendants.
_____/

**FINAL JUDGMENT**

On November 7, 2016, this Court granted the Plaintiff's Motion for Entry of Judgment After Default. DE 15. This matter is now before the Court for entry of final judgment pursuant to Federal Rule of Civil Procedure 58(a). Final Judgment is hereby entered in favor of Plaintiff, Patricia Kennedy, and against Defendant, Stuart Centre Investors, LLC. Plaintiff is hereby granted declaratory judgment and injunctive relief as well as attorney's fees and costs of $8,462.00, for which sum let execution issue forthwith.

The Court issues a declaratory judgment finding that Stuart Centre Investors, LLC, is in violation of Title III of the Americans With Disabilities Act, 42 U.S.C.2181, *et. seq*. at its property located at 2650 SE Federal Hwy, Stuart, Florida and known as "Stuart Centre" shopping plaza. The Court orders Defendant, Stuart Centre Investors, LLC, to comply with all sections of the ADA and the 2010 ADA Standards for Accessible Design ("ADAAG"), no later than one (1) year from the date of this order. Without limiting the foregoing, Defendant, Stuart Centre Investors, LLC, shall:

    A. Establish a compliant, accessible route connecting the disabled parking spaces with all the goods, services and facilities of the property.

B. Eliminate excessive slopes, establish compliant curb approaches, and ramps.

C. Remove obstructions, including unsecured floor mats and eliminate narrow or blocked passages, so as to insure sufficient maneuvering space along the route.

D. Establish a sufficient number of compliant parking spaces and access aisles having proper slopes and signage.

E. Establish compliant restrooms having proper grab bars, accessible sinks, properly insulated pipes and properly located amenities and the required maneuvering clearance.

F. Provide compliant accessible seating and tables at all food service establishments.

G. Adopt appropriate policies and implement procedures sufficient to insure compliance in the future.  Complete and serve upon Plaintiff, Patricia Kennedy, Form 1.977, including all required attachments within 45 days of the entry of this Final Judgment, and the Court shall reserve jurisdiction to Compel Defendant to complete Form 1.977 and serve in on Plaintiff.

The Clerk is hereby directed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 14th day of November, 2016.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record